5:25-mj-1226

## AFFIDAVIT IN SUPPORT A CRIMINAL COMPLAINT

I, Eden W. Koeth, a Special Agent (SA) with the Federal Bureau of Investigation (hereinafter "FBI"), Cleveland Division, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in 18 U.S.C § 2516. I have been trained in advanced investigative techniques and have satisfied all requirements defined by the Federal Criminal Investigator Classification series established by the U.S. Office of Personnel Management.

2.      I have been employed by the FBI as a Special Agent since July 2012 and am currently assigned to the Cleveland division, Youngstown Resident Agency. I oversee the Cleveland Division Child Exploitation Task Force for the counties of Mahoning, Trumbull, Columbiana and others. I have been assigned to, and participated in, investigations in the area of general criminal matters, specializing in Crimes Against Children and crimes involving the internet. I have participated in all of the usual methods of investigation including, but not limited to, financial analysis, physical surveillance, service of subpoenas, cooperating witnesses, confidential human sources, telephone toll record analysis, interception of wire and cellular telephone communications, consensual monitoring, and the execution of search and arrest warrants. I have gained experience through training at the FBI Academy in Quantico, Virginia and everyday work relating to conducting these types of investigations.

3.      Over the course of my employment as an FBI Special Agent I have conducted and participated in multiple criminal investigations that have resulted in arrests for violent criminal offenses involving children.

–1–

4.     This affidavit is being submitted for the limited purpose of establishing probable cause to believe that Scotty L. Skiba (hereafter "Skiba"), date of birth July XX, 1987, social security number XXX-XX-6379 has violated 18 U.S.C. § 2252(a)(2) - Receipt and distribution of visual depictions of minors engaged in sexually explicit conduct.

5.     The statements contained in this affidavit are based in part on: information provided by FBI Special Agents, Task Force Officers [TFO] and FBI Analysts, written reports about this and other investigations that I have received directly or indirectly, from other law enforcement agents, information gathered from the results of physical surveillance conducted by law enforcement agents, interviews of Skiba, the service and execution of administrative subpoenas and a federal search warrant, independent investigation and analysis by FBI agents/analysts, and my experience, training and background as a Special Agent of the FBI. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint.

6.     On February 7, 2025, law enforcement officer associated with this investigation conducted a query on the Internet Protocol (IP) address: 76.190.199.20 through a law enforcement software (database) that assists in peer-to-peer investigations for law enforcement only. Your affiant observed the user of the IP address: 76.190.199.20 had made available (advertised) to other P2P users files with known hash values of Child Sexual Abuse Material (CSAM) or child pornography.[1]

---

[1] It should be noted that the law enforcement service used does not provide the user with the actual CSAM media to review. It simply provides hash values of the suspected CSAM files, summaries of the files, and the file names along with technical data regarding when the files were transmitted to a specific facility, and when that conduct occurred. The descriptions described here are law enforcement officer descriptions of CSAM that share the same hash value as those received, downloaded, and shared by 76.190.199.20 on a P2P network.

–2–

7.      On or about July 10, 2025, law enforcement officers associated with this investigation determined IP address 76.190.199.20 to be a Charter Communications (Spectrum) carrier IP address, and a subpoena was submitted to Charter Communications. A subpoena response from Charter Communications regarding IP address 76.190.199.20 provided the following information: Target Details 76.190.199.20, 10415, 6/12/2025 10:19:00 PM, Subscriber Name **SCOTTY SKIBA,** Service address 465 Penn Ave, Salem OH, 444603130, phone number 2345675734.

8.      A query of Scotty L. Skiba (DOB: 07/31/1987, OLN: SZ870311) through OHLEG revealed Skiba to have a registered address of 465 Penn Ave., Salem, Ohio 44460. In addition, this inquiry revealed a vehicle bearing Ohio registration #JMP6300 (Turquoise Chevrolet Equinox) to be registered to Scotty L. Skiba.2

9.      Law enforcement officers associated with this investigation continued to query IP address 76.190.199.20 in various law enforcement databases and observed this IP address to have made available (advertise) several suspicious files with known hash values of CSAM on P2P networks monitored by law enforcement. Your affiant also became aware that CSAM files were also disseminated from a user utilizing IP address 76.190.199.20 to law enforcement officers in a covert peer-to-peer sharing capacity. Law enforcement officers associated with this investigation contacted Capt. Kelly McGilton (Noble County Sheriff's Office/ Southeastern Human Trafficking Task Force), a recipient of the suspected CSAM files, and confirmed the content was CSAM.  The CSAM content along with recorded information pertaining to the described IP address' activity was later transferred to the Mahoning Valley Trafficking Task Force for further investigation.

---

2 OHLEG provides law enforcement with dozens of investigative tools and training applications to help solve and prevent crime, including data from a wide range of topics. Use of OHLEG is limited to those employed by criminal justice agencies.

10.     On July 23, 2025, law enforcement officers associated with this investigation received evidence associated with this investigation from Noble County Sheriff's Office. The information provided that between February 27, 2025 at 0006 hours and June 12, 2025 at 1830 hours, downloads were successfully completed of the following files that the device at IP address 76.190.199.20 were making available. The device at IP address 76.190.199.20 was the candidate for each download, and as such, each file was downloaded directly from this IP address on a P2P network.

11.     Your affiant found the above-described information from Noble County Sheriff's Office provided information on completed, partial, and established peer-to-peer connections for various files transferred and attempted transfers from a user utilizing the IP address 76.190.199.20. Your affiant reviewed completed files and determined them to be CSAM. The following is a description of a portion of the reviewed completed/partially completed files.

12.     File Folder Beginning with: 2025-05-09_0322_013D65_File Name: Frifam Viola - 4 Foxy-010_.wmv, eD2k hash:  013D6520AAD370BA92C9272DE656F7EC, Description: Agent Ingram reviewed this (12:56 minutes/seconds) video media completed file which captures a prepubescent (white) female and (white) adult male involved in various sex acts. Both participants are nude with the child wearing only a mask and the male wearing only tennis shoes and a clown mask. The male is observed to digitally penetrate the juvenile's vagina and also penetrate the juvenile during vaginal sexual intercourse with his penis. The child is observed performing fellatio on the male and then proceeds to masturbate herself with her fingers and a sex toy device. The child appears to be 11 years of age or younger with undeveloped breasts and stature consistent with that of a prepubescent child. The child sounds to be in pain throughout the video file while engaged in sex acts.

–4–

13.　　File Folder Beginning with: 2025-05-09_0340_0DC07C_File Name: (pthc) BabyJ Quite Delightful - Our Lil' Operation Done 5yo Prepared For Life By Daddy - Newage Frifam (48m58s).mpg, eD2k hash:  0DC07C06836281AD9DBCA0A8CF2E3DCF, Description: Agent Ingram reviewed this (48:58 minutes/seconds) video media completed file which is a compilation video of difference scenes involving a prepubescent (white) female child. The girl has dark colored, shoulder length hair and the scenes are described as follows: SCENE 1: As this video began, a young girl reclined on her back with her legs in the air and her pink panties removed to her ankles. The girl wore a purple t-shirt and a bow in her hair. She appeared to be lying on red fabric. The following words in purple lettering appeared on the screen: Jack h'Off 2 Baby J. The song Baby Jane by Rod Stewart was heard playing in the background. SCENE 2: In this scene, the girl wore only a black shirt with white long sleeves. As she reclined on the edge of a couch on her back with her legs spread, she fondled her labia with her fingers, and inserting her fingers into her vaginal canal. The faint voices of a woman and children were heard talking in the background. The camera then made an up-close view of a prepubescent girl's exposed vagina. The hand of an adult was observed grabbing the child's hand and inserting the child's right index finger into her vagina. The girl repeatedly penetrates her vagina with her finger. Then the right index finger of an adult was seen being inserted into the girl's vagina, after which the girl continues to penetrate her vagina with her fingers. The girl then is observed bending over on a couch; her vagina and anus were visible to the camera as she faced away. The girl had her legs propped up against the back of the couch with her hands and head were on the seat of the couch for stability. The girl spreads open her labia from this position as the camera zooms into a close up of her spread open labia. Next, she was seen sitting on the couch with her black shirt over her face. With her legs spread as she spreads apart her exposed

labia. SCENES 3 through 14 continue with depictions of exposed child genitalia and the rape (vaginal, anal, and oral) of children approximately twelve years of age to five years or younger.

14.     File Folder Beginning with: 2025-06-07_0352_09F800, File Name: (~pthc center~)(opva)(2012) HDV_0151 (5yo Sam nice bj) pthc blowjob cum suck.avi, eD2k hash: 09F800F09E5BC3C8D7FB45C5162F0B88, Description: Agent Ingram reviewed this (2:22 minutes/seconds) video media completed file which depicts a prepubescent (white) female from the torso up, wearing a plaid sleeveless top or dress. The girl is in front of an adult (white) male who is masturbating. The man is wearing a white T-shirt and pants exposing his erect penis. The girl performs oral sex on the man until he ejaculates into her mouth. The girl then spits the apparent ejaculate on the ground and the video ends. The child appears to be nine years of age or younger with undeveloped body and facial structure consistent with a prepubescent child.

15.     On and or about July 29, 2025, law enforcement officers again observed suspicious and or unique file(s) that were advertised by the user utilizing the IP address 76.190.199.20 in a law enforcement database.  One of the files' names was very graphic in nature and consistent with someone who is involved in the viewing, sharing, promotion, and or otherwise interest of child sexual abuse material and material alike. The filename was identified as "(pthc) NO BS_ Daddy_s Little Whore Needs Sex Every Day At 5YO!!! (Newage Frifam BabyJ A ).wmv3" with hash value: 2FC4155393DFD230B30101BAA1273719. A review of investigator's notes related to this video provide the following description: SA Hickman has

---

3 Based on your affiant's experience investigating internet crimes against children and other related offenses he is aware of the commonly used acronym "PTHC" which means preteen hardcore. Furthermore, it is known that filenames and titles use various numbers to represent and or be an indicator of a child in the viewing material. For example, "5yo 6yo" is indicative of the age of the child involved in the child sexual abuse material.

seen a file with this digital signature. The file is a video that shows a female, 5-9 years of age, who is bound by her feet, and engages in vaginal and anal intercourse with an adult male.

16.     On and or about August 8, 2025, law enforcement officers requested assistance and de-confliction of Scotty Skiba from your affiant which resulted in additional findings. Your affiant conducted an historical review of the IP address 66.61.5.165 on a law enforcement database utilized to monitor peer-to-peer networks that had made available (advertised) files with known hash values of child sexual abuse and exploitative material referred to as CSAM.  Charter Communications provided subscriber information for IP address 66.61.5.165 from October 2024 as SCOTTY SKIBA, 465 Penn Avenue, Salem, OH, 44460, dhasostump@gmail.com with phone number 234-567-5734.

17.     Your affiant reviewed the activity on the law enforcement database of IP address 66.61.5.165 and found from on or about January 20, 2023 through December 6, 2024, IP address 66.61.5.165 received or transmitted approximately 135 files of interest, of which, approximately 84 files were determined to be severe files, a term synonymously used with CSAM. For example, on or about July 10, 2024, IP address 66.61.5.165 downloaded a series of CSAM videos and images via eMule. A review of the file names of this batch of CSAM included titles such as, "(Kleuterkutje) 2Yo Qqaazz Pthc Pedo - Man Spreads Baby Girl's Pussy And Butt.mpg" and "(Pthc) Hc Baby J) Compilation [7yo girl fucks, includes creampie](13m12s)(rr).mpg."

18.     On September 23, 2025, Agents and TFOs of the FBI Youngstown Resident Agency conducted a federal search warrant on the residence of Skiba in Salem, OH. Skiba was the only occupant in the residence.

19.     A total of 13 items were seized from the premises that belonged to Skiba.  Multiple cell phones, two laptops, and a SeaGate Hard Drive, Serial Number 5XW0GDRQ.

20.     The hard drive was forensically reviewed on scene by a DExT (Digital Extraction Technician) certified employee who identified the following file of CSAM:

a.   File titled "Bibigon - Anal 8yo Pthc Cocksucker Swallows Huge Load Sound (Kids Got Talent)2018" is an approximately 17 minute, 8 second color video found on a Seagate 1.5TB hard drive serial number 5XW0GDRQ. The file was found in the following file path "FreeAgentDrive[NTFS]/[orphan]/AlbumArtwork". The file path appears to have been deleted. The file is described as a color video depicting an approximately 9-year-old female completely nude. The female can be seen engaged in masturbation and performing felatio on an adult male's erect penis.

21.     Skiba was interviewed post Miranda by law enforcement officers. Skiba was advised the interview was voluntary. Skiba stated the following items of note :

a.   Skiba admitted to viewing and downloading CSAM. Skiba had been viewing CSAM for approximately two to three years via either a peer-to-peer file sharing system or general browsing on the internet. Skiba used eMule to download and view CSAM. The youngest child Skiba has seen engaging in a sex act online was approximately ten years old. Skiba admitted to masturbating to CSAM. Skiba last viewed child pornography within the last day, but he denied having sexual contact with any minors.

22.     In a later interview, Skiba admitted to sexual interactions with a minor female  who was nine years old at the time of the conduct. Specifically, Skiba stated he rubbed his head between the minor's thighs and rubbed her buttocks while they were swimming.  He also placed his finger in her mouth till she gagged multiple times, and the minor placed her finger in his mouth multiple times.  Skiba stated he shared

a bed with the minor on multiple occasions.  On one occasion, Skiba was asleep in the same bed with the female minor, and she touched his penis until he ejaculated on her arm.

## **CONCLUSION**

23.     Based on the above information, probable cause exists that **Scotty Skiba** has violated 18 U.S.C. § 2252(a)(2) - Receipt and distribution of visual depictions of minors engaged in sexually explicit conduct.

FURTHER AFFIANT SAYETH NOT


Eden W. Koeth, Special Agent
Federal Bureau of Investigation
Youngstown, Ohio


Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1; 41(d)(3) this   23rd  day of September, 2025.


AMANDA M. KNAPP
UNITED STATES MAGISTRATE JUDGE